AO 450 (Rev. 5/85) Judgment in a Civil Case ⊕

# UNITED STATES DISTRICT COURT

*****    DISTRICT OF    NEVADA

PETER J. MUNOZ, JR.,

    Plaintiff,           JUDGMENT IN A CIVIL CASE
V.

                       CASE NUMBER: 3:12-CV-00683-HDM-VPC

GREG COXS, et al.,

    Defendants.

___  **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

___  **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

_X_  **Decision by Court.** This action came to be considered before the Court. The issues have been considered and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED** that the complaint is **DISMISSED** without prejudice.

January 3, 2013                                        **LANCE S. WILSON**
                                                                 Clerk

                                                              /s/ D. R. Morgan
                                                               Deputy Clerk